No. 47353.—Protests 78661–K, etc., of Rodier, Inc. (New York).

Opinion by TILSON, J. Following Abstract 45938 the protests were sustained as to certain of the items, in accordance with stipulation of counsel

No. 47354.—Protest 77209–K of Nippon Dry Goods Co. (San Francisco).

Opinion by TILSON, J. Counsel for defendant conceding the correctness of the plaintiff's claim, the protest was sustained accordingly.

BEFORE THE THIRD DIVISION, JULY 2, 1942

No. 47355.—Protest 894054–G of W. X. Huber Co. (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel the following merchandise was held dutiable at 35 percent under paragraph 775: (1) beans and bean sauce, following Abstract 34104; (2) lily flowers, following Abstracts 29022 and 32891; and (3) dried fungus, following Quong Yu Wo v. United States (T. D. 48003). Apricot kernels the same as those the subject of Abstract 34104 were held dutiable at 3 cents per pound under paragraph 762. Protest sustained to this extent.

No. 47356.—Protest 9206–K of Palestine House (New York).

Opinion by CLINE, J. At the trial the protest was submitted without the introduction of testimony in support of the claim made. The protest was therefore overruled.